Dennis Michael GALLIPEAU, Plaintiff–Appellant,

v.

Linda MICKENS–HAM, Defendant–Appellee,

and

Jane Doe; Lexington County Detention Center; Officer Mack, Defendants.

No. 12–7508.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 20, 2012.

Decided: Dec. 27, 2012.

Dennis Michael Gallipeau, Appellant Pro Se. Evan Markus Gessner, Michael Stephen Pauley, Lide & Pauley, LLC, Lexington, South Carolina, for Appellee.

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dennis Gallipeau appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint without prejudice for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we

affirm for the reasons stated by the district court. *Gallipeau v. Mickens–Ham,* No. 3:09–cv–01883–TMC (D.S.C. Aug. 24, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*